# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ernestine F. Strobel

V.

Morgan Stanley Dean Witter, Suzanne Latour

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04cv1069 BEN(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action, all pending petitions, motions and applications are hereby dismissed with prejudice..................................................................................................................

| September 21, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J. Hathaway
(By) Deputy Clerk

ENTERED ON September 21, 2007